**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JUAN FELIPE BOLIVAR OCAMPO,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | |
| | § | **EP-26-CV-01888-DB** |
| **MARY DE ANDA-YBARRA**, *Field Office* | § | |
| *Director of Enforcement and Removal* | § | |
| *Operations, El Paso Field Office,* | § | |
| *Immigration and Customs Enforcement, et* | § | |
| *al.*, | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the above-captioned case. On August 19, 2026, this Court issued an "Order," granting in part Juan Felipe Bolivar Ocampo's "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241," ECF No. 3, on due process grounds, and ordering Respondents to provide Petitioner a bond hearing before an immigration judge ("IJ"). *See* ECF No. 10. On August 24, 2026, Petitioner received a bond hearing before Immigration Judge ("IJ") Stephen Ruhle, ECF No. 14-1 at 1. During the hearing, the IJ denied Petitioner bond, finding the Government had met its burden as to demonstrating flight risk. *Id.* On August 28, 2026, Respondents filed a "Response to Order," ECF No. 15, advising the Court the Parties conferred regarding outstanding issues and Petitioner appeared to raise certain concerns regarding the denial of bond. Because the Court is prohibited from setting aside the IJ's discretionary decision to deny Petitioner bond, *see* 8 U.S.C. § 1226(e), the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.

**IT IS FURTHER ORDERED** the District Clerk **SHALL MAIL** a copy of this Judgment to Petitioner Juan Felipe Bolivar Ocampo at 8915 Montana Ave, El Paso, Texas 79925.

**SIGNED** this **31st** day of **August 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**